IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
MATIUS GERARDO GRIECK d/b/a +ISM,

                                   Plaintiff,

  -against-

TITLEBOY FILMS, INC. d/b/a PROLOGUE FILMS,
and
TURNER BROADCASTING SYSTEM, INC.,

                                  Defendants.
------------------------------------------------------------------- X

12-CV-0292
(SLT) (JMA)

STIPULATION
OF
DISMISSAL
AND
PROPOSED ORDER

Plaintiff MATIUS GERARDO GRIECK d/b/a +ISM and TITLEBOY FILMS, INC. d/b/a PROLOGUE FILMS, and TURNER BROADCASTING SYSTEM, INC., by and through their respective counsel, have stipulated to this dismissal, *without prejudice* in the above-captioned matter. The parties wishing to avoid further expenditure of financial, managerial, and other resources, desire to resolve their present and past controversies by way of a Settlement Agreement executed by the parties on May 10, 2012, the same being incorporated herein by reference. In view thereof, the parties, with the assistance of counsel, have agreed that:

    1. This Court shall retain jurisdiction of the parties in this matter until the Terms of the Settlement are fulfilled;

    2. Upon fulfillment of the Settlement terms, counsel for Plaintiff shall file a Supplemental Dismissal, dismissing the above captioned matter, *with prejudice;* and

    3. Each party is to bear its own fees and costs.

Dated: May 10, 2012
New York, New York

By: _____
Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
*Attorneys for Plaintiff,* Matius Gerardo Grieck d/b/a +ISM

By: _____
Tamar Y. Duvdevani (TD-7603)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
*Attorneys for Defendants,* Title Boy Films, Inc., d/b/a Prologue Films, and Turner Broadcasting System, Inc.

SO ORDERED

_____
U.S.D.J

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, Stipulation of Dismissal and Proposed Order was served on May 10, 2012 by electronic mail only to:

Tamar Y. Duvdevani, Esq. (TD-7603)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
212.335.4799
Tamar.Duvdevani@dlapiper.com
*Attorneys for Defendants*
*Titleboy Films Inc. and*
*Turner Broadcasting Systems, Inc.*

Date: May 10, 2012                              By: _____
                                                     Frank J. Martinez

{00019728 v.1}